**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **\*** | |
| | **\*** | |
| **V** | **\*** | **CRIMINAL ACTION NUMBER** |
| | **\*** | **1:23-cr-229-JPB-RDC** |
| **ERNEST MORDEAU DEAS,** | **\*** | |
| | **\*** | |
| **Defendant.** | **\*** | |

**<u>DEFENDANT'S OBJECTION TO THE GOVERNMENT'S MOTION FOR DETENTION</u>**

Come now the Defendant, by and through undersigned counsel and moves this deny the government's motion for detention and impose the same bond as Mr. Deas was granted in case number 1:24-cr-00100. In support of this Motion, the Defendant shows as follows:

(1)

Mr. Deas is charged with Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846 and other related offenses.

(2)

Mr. Deas' summons to appear is scheduled for July 25, 2024. The Government has filed a motion for detention under 18 U.S.C. §§ 3142(e) and (f).

(3)

Mr. Deas has a related case already pending in this district. On January 17, 2024, Mr. Deas was charged with Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of Title 21, United States Code,

Sections 846 and another related offense. On January 24, 2024, this Honorable Court granted Mr. Deas an unsecured bond in the amount of $10,000.

(4)

By the time of this hearing, Mr. Deas will have been under pretrial supervision for more than 6 months. During this period of time, he has been compliant will all general and special conditions of his pretrial release. His courtesy pretrial probation officer, Brian Harmon (313-234-5319), can confirm this information.

(5)

Beginning last week, Mr. Deas requested the U.S. Attorney's Office provide him with any additional information which supports their change in position on bond. To date, their office has not provided any such information.

WHEREFORE, the Defendant respectfully requests that this Court deny the Government's motion for detention and impose the same bond as Mr. Deas was granted in case number 1:24-cr-00100.

Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-533

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsels of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This ___23_____ day of ____July_____, 2024.


Respectfully submitted,


s/*Steven Berne*_____
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@att.net