UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:23-CR-00229-JPB-RDC-13 |
| ERNEST MORDEAU DEAS, A/K/A SHORTY, | |
| Defendant. | |

**ORDER ADOPTING NON-FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on United States Magistrate Judge Regina D. Cannon's Non-Final Report and Recommendation [Doc. 651]. Neither party filed any objections. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See Fed. R. Crim. P. 59(b)(3). Because no objections have been filed, the Court has reviewed the Non-Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Non-Final Report and Recommendation [Doc. 651] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Suppress Evidence Seized from Electronic Devices [Doc. 549] and Motion to Suppress Information Associated with iCloud Account [Doc. 550] are **DENIED**.

**SO ORDERED** this 10th day of June, 2025.

_____
**J. P. BOULEE**
United States District Judge